No. 1067. ALROPA CORPORATION *v.* KIRCHWEHM.

June 2, 1941. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question. (1) *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon* v. *Georgia,* 295 U. S. 441, 443; (2) *Zadig* v. *Baldwin,* 166 U. S. 485, 488; *Live Oak Water Users' Assn.* v. *Railroad Commission,* 269 U. S. 354, 357–358; (3) *Kryger* v. *Wilson,* 242 U. S. 171, 176; *Finney* v. *Guy,* 189 U. S. 335,

340; *Johnson* v. *New York Life Ins. Co.*, 187 U. S. 491, 496.
*Mr. Sigmund H. Steinberg* for appellant.  *Mr. Aloys C. Link* for appellee.